# U.S. District Court
## DISTRICT OF KANSAS (Kansas City)
## CRIMINAL DOCKET FOR CASE #: 2:13−mj−08229−JPO All Defendants

Case title: USA v. Stamm

Date Filed: 10/04/2013

Assigned to: Magistrate Judge James P. O'Hara

**Defendant (1)**

**Austen Stamm**  represented by  **Tom Bartee**
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status:*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Disposition**

**Disposition**

**Plaintiff**

**USA**  represented by  **Scott Rask**
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status:*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/04/2013 | 1 | 3 | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Eastern District of Virginia as to Austen Stamm. (Attachments: # 1 Order Setting Conditions of Release, # 2 Waiver of Hearing, # 3 Commitment to Another District, # 4 Commitment to Another District) (mh) (Entered: 10/04/2013) |
| 10/04/2013 | 2 | 11 | CJA 23 FINANCIAL AFFIDAVIT by Austen Stamm. (mh) (Entered: 10/04/2013) |

## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

AUSTEN L. STAMM

Case No:     13-8229-JPO
AUSA:        Scott Rask
Deft. Atty.: Tom Bartee (fpd)

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | October 4, 2013 |
| DEPUTY CLERK: | Yolanda Holman | TAPE/REPORTER: | FTRJpo 1:50p.m. |
| INTERPRETER: | | PRETRIAL/PROBATION: | Sara Valdez-Hoeffer |

Length of Hearing: ____ Hr(s) Min(s) 30    Location: Kansas City, Kansas
Hearing Concluded  x  Yes    ___ No

### PROCEEDINGS

- (x) Rule 5 Hearing        ( ) Initial Revocation Hearing    ( ) Bond Hearing
- ( ) ID/Removal Hearing    ( ) Held  ( ) Waived              ( ) Bond Revocation Hearing
- ( ) Preliminary Hearing   ( ) Held  ( ) Waived              ( ) Arraignment
- ( ) Detention Hearing     ( ) Held  ( ) Waived              ( )
- ( ) Discovery Conference  ( ) Held  ( ) Waived

- ( ) Interpreter           ( ) Appointed                     ( ) Sworn
- (x) Charges and penalties explained to defendant
- (x) Defendant sworn and examined re: financial ability to retain counsel
- (x) Counsel appointed                ( ) At defendant's expense
- (x) Constitutional rights explained  (x) Felony    ( ) Misdemeanor
- ( ) Defendant declined to waive indictment  ( ) Will be presented by next Grand Jury
- ( ) Signed Waiver of Indictment

- ( ) Advised of rights under                  ( ) Rule 20
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to Enter Plea Filed             ( ) Plea Agreement Attached
- ( ) Transfer to the _____ District of _____
- ( ) Oral motion by Government for pretrial detention of defendant

- ( ) ARRAIGNMENT AND PLEA:                                  ( ) No. of Counts ___
    - ( ) Waived Reading of   ( ) Indictment  ( ) Information  ( ) Read to Defendant
    - ( ) Previous Plea       ( ) Guilty      ( ) Not Guilty   Counts:_____Withdrawn
    - ( ) Guilty                                               Counts:_____Accepted
    - ( ) Not Guilty                                           Counts: ___

- ( ) Bail fixed at            ( ) Bail denied             ( ) Bail remains denied
- (x) $  P/R                   ( ) Unsecured               ( ) Secured
- (x) Release Order            ( ) Executed                ( ) Continued in effect
- ( ) Deft. remanded to custody ( ) Pending compliance with conditions of release
- ( ) Detention Ordered

Miscellaneous: Commitment to the Eastern District of Virginia to be filed.

Next Appearance: Arr/Det/Disc. Conf. set Friday, October 11, 2013 at 2:30 p.m. before Magistrate Judge Ivan Davis in the Eastern District of Virginia.

3

AO 199A (Rev. 11/08) Order Setting Conditions of Release     Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
for the
District of Kansas

**FILED**
OCT - 4 2013
Clerk, U.S. District Court
By: _____ Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) Case No. 13-8229-JPO | |
| AUSTEN L. STAMM ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed



The defendant must appear at *(if blank, to be notified)*
U.S. Magistrate Judge Ivan D. Davis
~~500 State Ave., Kansas City, KS~~ on
401 Courthouse Square, Alexandria, Virginia

U.S. District Court
*Place*
October 11, 2013, 2:30 p.m.
*Date and Time*

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✔ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

( ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or surrender to serve any sentence imposed.

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:

    Person or organization

    Address *(only if above is an organization)*

    City and state                                                       Tel. No. *(only if above is an organization)*

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed:

                                                      *Custodian or Proxy*                                          *Date*

( X ) (8) The defendant must:

    ( X ) (a) report to the Pretrial Services officer as directed

                telephone number                 , no later than

    ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

    ( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum

    ( ) (d) execute a bail bond with solvent sureties in the amount of $

    ( X ) (e) maintain or actively seek employment.

    ( ) (f) maintain or commence an education program.

    ( ) (g) surrender any passport to:

    ( ) (h) obtain no passport.

    ( X ) (i) abide by the following restrictions on personal association, place of abode, or travel: Remain in the District of Kansas and the Eastern District of Virginia for court proceedings. All other travel must be approved, in advance, by Pretrial Services.

    ( X ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: all co-defendants.

    ( ) (k) undergo medical or psychiatric treatment:

    ( ) (l) return to custody each (week) day at     o'clock after being released each (week) day at     o'clock for employment, schooling, or the following purpose(s):

    ( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

    ( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

    ( ) (o) refrain from ( ) any ( ) excessive use of alcohol.

    ( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

    ( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

    ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

    ( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.

        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from     to     , or ( ) as directed by the pretrial services office or supervising officer; or

        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or

        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

    ( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.

        ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.

        ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;

        ( ) (ii) Radio Frequency (RF) monitoring;

        ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;

        ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);

        ( ) (v) Voice Recognition monitoring.

    ( X ) (u) report as soon as possible, to the pretrial services office every contact with law enforcement personnel, including arrests, questioning or traffic stops.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

Case 2:13-mj-08229-JPO Document 3-1 Filed 10/04/13 Page 6 of 11
Case 1:13-cr-00383-LO Document 9 Filed 10/07/13 Page 6 of 11 PageID# 79

AO 199C                                                          Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

Beloit KS

*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: October 4, 2013

*Judicial Officer's Signature*

James P. O'Hara
~~David J. Waxse~~, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

6

As directed by the U.S. Probation Officer, the defendant shall cooperate with and abide by the policies of the United States Probation Office's Computer and Internet Monitoring Program which includes restrictions and/or prohibitions related to: computer and Internet usage, possession and use of electronic, cellular, gaming, and Internet appliance devices; possession and use of computer hardware and software, encryption hardware or software, and accessing certain types of web sites to include: social networking, chat rooms,

The defendant will also be subject to computer monitoring, and will provide the United States Probation Office with a complete inventory of all electronic and Internet capable devices, user account information and password(s).

7

Case 2:13-mj-08229-JPO Document 3-2 Filed 10/04/13 Page 8 of 11
AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)
Case 1:13-cr-00383-LO Document 9 Filed 10/07/13 Page 8 of 11 PageID# 81

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 13-8229-JPO |
| | ) | |
| AUSTEN L. STAMM | ) | Charging District's Case No. 1:13-cr-383 |
| Defendant | ) | |

**FILED OCT - 4 2013**
Clerk, U.S. District Court
By: _____ Deputy Clerk

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Virginia Alexandria Division

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: October 4, 2013

*Defendant's signature*

*Signature of defendant's attorney*

Thomas W. Bartee

*Printed name of defendant's attorney*

8

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Kansas

**FILED**

**OCT - 4 2013**

Clerk, U.S. District Court
By_____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13-8229-JPO |
| | ) | |
| AUSTEN L. STAMM | ) | Charging District's |
| *Defendant* | ) | Case No. 1:13-cr-383 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Eastern** District of **Virginia**,
*(if applicable)* **Alexandria** division. The defendant may need an interpreter for this language: _____

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: October 4, 2013

*Judge's signature*

James P. O'Hara, U.S. Magistrate Judge
*Printed name and title*

9

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____ **FILED**

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | OCT - 4 2013 |
| AUSTEN L. STAMM | Clerk, U.S. District Court<br>By: _____ Deputy Clerk |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:13-CR-383 | Eastern District of Virginia | 13-8229-JPO | District of Kansas |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
[X] Indictment   [ ] Information   [ ] Complaint   [x] Other (specify) Violations of Conditions of Release

charging a violation of    18    U.S.C. § 371

**DISTRICT OF OFFENSE**
Eastern District of Virginia

**DESCRIPTION OF CHARGES:**

Conspiracy to Intentionally Cause Damage to a Protected Computer

**CURRENT BOND STATUS:**

[x] Bail fixed at _____ P/R _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[ ] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)

**Representation:** [ ] Retained Own Counsel   [x] Federal Defender Organization   [ ] CJA Attorney   [ ] None

**Interpreter Required?**   [x] No   [ ] Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 4, 2013                                     _____
Date                                                 United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____
FOR _____
AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Austen Stamm**

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 13-8229-JPO
District Court: _____
Court of Appeals Court: _____

FILED (stamp)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Mitchell Co Hospital, Beloit, KS
- IF YES, how much do you earn per month? $3000
- IF NO, give month and year of last employment. How much did you earn per month? $_____
- If married is your Spouse employed? ☐ Yes ☐ No — Not Married
- IF YES, how much does your Spouse earn per month? $_____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $_____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $_____

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $14,000
- ($10,000 / $4,000 — savings/checking circled)

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $85,000 — Residence: 614 N Lincoln Ave Beloit KS
  - $1,500 — Vehicle

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: None

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Mortgage (700) Utilities (400) | $80,000 | $1,100 |
| Vehicle Repair (5,500) cellphone (80) | $5,500 | $80 |
| groceries (200) | | $200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **10/4/2013**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Austen Stamm

11