Case 1:13-cr-00383-LO   Document 274   Filed 06/06/14   Page 1 of 1 PageID# 1667

# MOTION HEARING

Date:  **6/06/2014**                                    Judge: **O'Grady**
                                                       Reporter: **N. Linnell**
Start: **3:18**                                         Interpreter: _____
                                                       Language: _____
Finish: **4:20**

Case Number: **1:13-CR-00383-10**

## UNITED STATES OF AMERICA

vs.

**AYSTEB K. STAMM (10)**              **X**  Present      ___ Not Present

| Counsel for Government | Counsel for Defendant |
|---|---|
| **Alexander Nguyen**<br>**Richard Green** | **Jessica Carmichael (10)** |

Motion to Suppress Statements [150] by Deft. (10)

Govt. adduced evidence and rests.
Deft. adduced evidence and rests.

Motion is DENIED.  Order will follow.